# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>HARPAL SINGH,<br><br>                Defendant. | Case No. 3:07-cr-00006-HDM-CLB-2<br><br>**ORDER** |

      Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

      IT IS THEREFORE ORDERED that the Indictment against HARPAL SINGH is hereby DISMISSED.

      Dated this 11th day of December, 2025.

*[signature: Howard D. McKibben]*

HOWARD D. McKIBBEN
UNITED STATES DISTRICT COURT